UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 21-9127 MWF (JCx)**                    Date:  January 24, 2022

Title      **James Paul Otterson v. Carnival Cruise Lines**

Present:  The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on November 22, 2021.  (Docket No. 1).  A Summons was issued the same day. (Docket No. 2).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on February 22, 2022.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 22, 2022**.

■ BY PLAINTIFF:  PROOF OF SERVICE of Summons and Complaint on Defendant.

Any request by Plaintiff for an extension of time beyond the time limit set forth in Fed. R.  Civ. P. Rule 4(m) will only be granted upon a showing of good cause, including, but not limited to, the date service was tendered to a process server and the date service was first attempted by the process server.  Failure to timely file a Proof of Service, or request an extension of time to do so, will result in the dismissal of this action on **February 23, 2022.**

AND/OR

■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-9127 MWF (JCx)**                    Date:  January 24, 2022

Title       **James Paul Otterson v. Carnival Cruise Lines**

                    OR

■  BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT
     as to Defendant who has been properly served.

       No oral argument on this matter will be heard unless otherwise ordered by
the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand
submitted upon the filing of the response to the Order to Show Cause.  Failure to
respond to the Order to Show Cause by **FEBRUARY 22, 2022** will result in the
dismissal of this action.

       Plaintiff should review the Self-Representation Order (Docket No. 7) for
additional information.

       IT IS SO ORDERED.

                                        Initials of Preparer:  RS/sjm